See The Washington [Case No. 17,223].

SILVER SPRING, The (WHALEN v.). See Case No. 17,477.

## Case No. 12,859.

SILVERTHAIN'S ASSIGNEE v. MITCHELL.

[Nowhere reported; opinion not now accessible.]